**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

AUG 18 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| SARAH W. SHELTON | Case No.  4:09CR00177-01 HDY |
| | USM No. |
| | PRO SE |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   1 of Petty Offense Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CRF &327.12(c) | Disruption of Greers Ferry Project | 05/16/2008 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 5.00 | $ 120.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  3794

Defendant's Year of Birth:  1989

City and State of Defendant's Residence:
Cabot, AR

08/18/2009
Date of Imposition of Judgment

_____
Signature of Judge

U.S. Magistrate Judge
Name and Title of Judge

08/18/2009
Date